**Gregory S. HINES, Plaintiff–Appellant,**

v.

**Warden Randall C. MATHENA; Harold W. Clarke, VADOC, Director; EBP Israel Hamilton, Re–Entry Institutional Program Manager; Jeffery Artrip, Unit Manager D. Bldg; Tori Raiford, Counselor, Defendants–Appellees.**

No. 13–7918.

United States Court of Appeals, Fourth Circuit.

Submitted: April 3, 2014.

Decided: July 10, 2014.

Gregory S. Hines, Appellant Pro Se. Lara Kate Jacobs Todd, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before DUNCAN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory S. Hines appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hines v. Mathena,* No. 7:13–cv–00288–JLK–RSB (W.D.Va. Oct. 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*